

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-15-00112-CV

**IN RE PATRIARCH PARTNERS MANAGEMENT GROUP, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Relator filed this petition for writ of mandamus with a motion for emergency stay on February 27, 2015. On March 6, 2015, relator advised that the relief sought by the mandamus petition has become moot, and requested that the petition and motion for emergency stay be dismissed.

Relator's motion to dismiss is GRANTED. This original mandamus proceeding and relator's motion for emergency stay are DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on March 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-06972, styled *Procesos Especializados en Metal, S.A. de C.V. d/b/a Prometal v. Patriarch Partners Management Group, LLC*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.